Affirmed and Memorandum Opinion filed November 1, 2007








Affirmed
and Memorandum Opinion filed November 1, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00384-CR

____________

 

STEPHEN BURKES,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 149th District
Court

 Brazoria County, Texas

Trial Court Cause No.
51,898

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a plea of guilty to the offense of possession of a controlled
substance.  On April 23, 2007, the trial court sentenced appellant to
confinement for four  years in the Institutional Division of the Texas
Department of Criminal Justice.  Appellant filed a notice of appeal.








Appellant=s appointed counsel filed a brief in
which she concludes the appeal is wholly frivolous and without merit. The brief
meets the requirements of Anders v. California, 386 U.S. 738, 87 S.Ct.
1396 (1967), by presenting a professional evaluation of the record and
demonstrating why there are no arguable grounds to be advanced.  See High v.
State, 573 S.W.2d 807, 811-12 (Tex. Crim. App. 1978).

A copy
of counsel=s brief was delivered to appellant.  Appellant was advised of the right
to examine the appellate record and file a pro se response.  See Stafford v.
State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991).  As of this date, more
than sixty days has elapsed and no pro se response has been filed.

We have
carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit.  See Bledsoe v. State, 178 S.W.3d
824, 827-28 (Tex. Crim. App. 2005).  Further, we find no reversible error in
the record.  A discussion of the brief would add nothing to the jurisprudence
of the state.  

Accordingly,
the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
November 1, 2007.

Panel consists of Chief Justice Hedges, Justices Frost
and Seymore.

Do Not Publish C Tex. R. App. P.
47.2(b).